10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 3 0 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JANNA NAVIGATION LTD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-008 |
| | § | |
| GULF STREAM MARINE, INC. | § | |

## ORDER

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   All discovery in this case must be completed by **December 17, 1999**. If additional time is required, a motion requesting such extension must be filed no later than **December 3, 1999**. Failure to file such motion shall preclude further discovery.

(2)   All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)   A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **January 12, 2000**.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)   A final pretrial and settlement conference is set for **January 12, 2000 at 1:30 P.M.**

(5)   Trial on the merits is set for **January 19, 2000 at 9:00 A.M.** before Magistrate Judge John Wm. Black.

DONE at Brownsville, Texas, on this 28th day of April 1999.

John Wm. Black
United States Magistrate Judge