15

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JANNA NAVIGATION LTD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-99-008 |
| | § | (ADMIRALTY) |
| GULF STREAM MARINE, INC. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

The Plaintiff Janna Navigation Ltd. and the Defendant, Gulf Stream Marine, Inc., through their counsel, have announced that this matter has been settled. It is, therefore, hereby

ORDERED that any and all claims and causes of action asserted or which could have been asserted by Plaintiff Janna Navigation Ltd. against Gulf Stream Marine, Inc. are dismissed with prejudice.

Each party is to bear its own costs.

SIGNED this 12TH day of JANUARY, 2000, in Brownsville, Texas.

_____
PRESIDING JUDGE

27904